THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Henry Baker, Appellant,
v.
State of South Carolina, Respondent.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-448
Submitted July 7, 2004  Filed August 
 25, 2004

APPEAL DISMISSED

 
 
 
Tara S. Taggart, Assistant Appellate Defender, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Attorney General David A. Spencer, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Henry Baker appeals the circuit 
 courts dismissal of his Petition for a Writ of Habeas Corpus.  Any matter cognizable 
 under the Uniform Post-Conviction Procedure Act may not be raised by a writ 
 of habeas corpus in circuit court.  Simpson v. State, 329 S.C. 43, 46, 
 495 S.E.2d 429, 431 (1998).  After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Bakers appeal and grant counsels motion to 
 be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., 
 concur.

 
 
 [1]        We decide this case without oral argument pursuant to Rule 
 215, SCACR.